**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

MARCUS GORDON SHABAZZ
ADC #92909                                                                                          PLAINTIFF

V.                                         2:08CV00200 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for Voluntary Dismissal (docket entry #71) is GRANTED, and separate Defendants Clayton Brooks and Michael Humphrey are VOLUNTARILY DISMISSED, WITHOUT PREJUDICE, from this action.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this    8    day of   July  , 2009.


_____
UNITED STATES DISTRICT JUDGE