**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MARCUS GORDON SHABAZZ
ADC #92909                                                                                              PLAINTIFF

V.                                        2:08CV00200 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                               DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The CMS Defendants' Motion for Summary Judgment (docket entry #119) and the and the ADC Defendants' Motion for Summary Judgment (docket entry #124) are GRANTED.

2. Plaintiff's claims against Defendant Moses Jackson are DISMISSED, WITH PREJUDICE, and his claims against all other Defendants are DISMISSED, WITHOUT PREJUDICE.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this __14__ day of __May__, 2010.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE