IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS GORDON SHABAZZ
ADC #92909                                                                                              PLAINTIFF

V.                                      2:08CV00200 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims against Defendant Moses Jackson are DISMISSED, WITH PREJUDICE and his claims against all other Defendants are DISMISSED, WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 14 day of   May  , 2010.

_____
UNITED STATES DISTRICT JUDGE